UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BAOLIANG ZHANG, | No. 2:24-cv-02369-DAD-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Plaintiff Jeff Baoliang Zhang initiated this action with a complaint filed on August 30, 2024. (ECF No. 1.) Plaintiff is proceeding pro se. On March 13, 2025, the Court issued an order dismissing plaintiff's complaint with leave to amend. (ECF No. 4.) On April 10, 2025, plaintiff filed a first amended complaint. (ECF No. 6.) On April 30, 2025, the Court issued findings and recommendations to dismiss plaintiff's complaint for failure to state a claim without leave to amend. (ECF No. 6.) Plaintiff has filed three motions to appoint counsel (ECF Nos. 8-10), which are pending before the Court.

It is "well-established that there is generally no constitutional right to counsel in civil cases." United States v. Sardone, 94 F.3d 1233, 1236 (9th Cir. 1996). Under "exceptional circumstances," a court may appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1). Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009). When determining whether

1  "exceptional circumstances" exist, a court considers both "the likelihood of success on the merits
2  as well as the ability of the petitioner to articulate [the] claims pro se in light of the complexity of
3  the legal issues involved." Id. (citation omitted).
4      The court has extremely limited resources to appoint attorneys in civil cases. Having
5  considered the factors under Palmer, the Court finds plaintiff does not meet the burden of
6  demonstrating exceptional circumstances warranting the appointment of counsel at this time,
7  including consideration that findings and recommendations to dismiss this case are currently
8  pending (see ECF No. 6). Accordingly, plaintiff's motions to appoint counsel (ECF Nos. 8-10)
9  are DENIED.
10     Accordingly, it is hereby ORDERED that:
11     Plaintiff Jeff Baoliang Zhang's motions to appoint counsel (ECF Nos. 8-10) are DENIED.
12 Dated: November 26, 2025

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

5, zhan.2369.24