UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BAOLIANG ZHANG,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARMENT OF CORRECTIONS AND REHABILTATION,<br>Defendant. | No. 2:24-cv-02369-DAD-CKD PS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 6) |

Plaintiff initiated this civil action by filing a complaint on August 30, 2024, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 30, 2025, the assigned magistrate judge screened plaintiff's first amended complaint and determined it to be deficient because plaintiff did not assert any cognizable claim against any individual named as a defendant and his claim brought against defendant CDCR was barred by the Eleventh Amendment. (Doc. No. 6 at 2–4.) In addition, the magistrate judge found that the granting of further leave to amend would be futile in light of the nature of the pleading defects and the fact that plaintiff had been provided an opportunity to amend his complaint to cure those deficiencies and failed to do so. (*Id.* at 4.) Accordingly, the magistrate judge

recommended that this action be dismissed without further leave to amend due to plaintiff's failure to state a claim. (*Id.* at 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5.) On May 15, 2025, plaintiff filed objections to the findings and recommendations. (Doc. No. 7.)[1] While lengthy and no doubt sincerely expressed, those objections provide no persuasive basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued April 30, 2025 (Doc. No. 6), are ADOPTED IN FULL;
2. Plaintiff's First Amended Complaint (Doc. No. 5) is dismissed without leave to amend for failure to state a claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court has also reviewed, and considered as a supplement to his objections, plaintiff's December 18, 2025, filing which he has labeled as "It is Very Illegal to Cheat and Oppress 81 Years Old Indigent Litigant in an Extraordinary Case Filled with Serious Federal Civil Rights Claims." (Doc. No. 12.)